# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. THOMPSON,<br><br>              Plaintiff,<br><br>     v.<br><br>C/O MORALES, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. CV-F-04-6554 REC SMS P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS FROM ACTION<br><br>(Doc. 16) |

Plaintiff James L. Thompson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 14, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff did not file objections to the Findings and Recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations, filed April 14, 2005, is adopted in full;

---

[1] Plaintiff's motion for an extension of time to file objections was denied by the Magistrate Judge following plaintiff's clarification that he wishes to proceed and not file an amended complaint. (Docs. 20-22.)

1

2.     This action shall proceed on plaintiff's complaint filed November 16, 2004, under section 1983 against defendants Morales, David, Martinez, and Reynoso for use of excessive physical force based on the incident of June 24, 2003, and against defendants Morales and David for retaliation;

3.     Plaintiff's equal protection claim, due process claim(s), claim based on violation of state regulations, excessive force claim based on incident on May 2, 2003, and medical care claim are dismissed for failure to state a claim upon which relief may be granted; and

4.     Defendants Beer, Hammond, Wilson, Rousseau, Dill, Woodford, Scribner, Ortiz, Yamamoto, Jane Doe, and John Doe are dismissed based on plaintiff's failure to state any claims upon which relief may be granted against them.

IT IS SO ORDERED.

**Dated:   June 10, 2005**          /s/ Robert E. Coyle
668554                              UNITED STATES DISTRICT JUDGE