1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. THOMPSON, | CASE NO. CV-F-04-6554 REC SMS P |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT |
| v. | |
| C/O MORALES, et al., | (Doc. 41) |
| Defendants. | |
| _____/ | |

On December 20, 2005, plaintiff filed a motion seeking an extension of time to file a second amended complaint in compliance with the court's order of December 2, 2005.  Plaintiff's motion is HEREBY GRANTED.  Plaintiff shall file a second amended complaint within **thirty (30) days** from the date of service of this order.  In the alternative, plaintiff may notify the court that he opts to proceed only on the cognizable claims set forth in his first amended complaint.

IT IS SO ORDERED.

**Dated:   January 26, 2006**                    _____/s/ **Sandra M. Snyder**_____
i0d3h8                                                      UNITED STATES MAGISTRATE JUDGE

1