# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. THOMPSON, | CASE NO. 1:04-CV-06554-OWW-SMS-P |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT MACIEL |
| v. | |
| C/O MORALES, et al., | (Doc. 51) |
| Defendants. / | |

On September 14, 2006, defendant Maciel filed an answer to plaintiff's second amended complaint.[1] (Doc. 54.) Application of the discovery and scheduling order, filed on August 14, 2006, is HEREBY EXTENDED to defendant Maciel. (Doc. 51.)

IT IS SO ORDERED.

**Dated:   September 15, 2006**          /s/ Sandra M. Snyder
i0d3h8                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Identified as defendant Masiel in the second amended complaint.

1