# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C/O MORALES, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:04-cv-06554-LJO-SMS PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION TO COMPEL<br><br>(Doc. 64) |

　　　Plaintiff James L. Thompson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 22, 2007, plaintiff filed a motion seeking an extension of time to file a motion to compel due to lack of law library access. Defendants did not file a response.[1]

　　　Pursuant to the court's order filed April 2, 2007, defendants were granted an extension of time to serve their responses to plaintiff's discovery requests. Plaintiff was granted thirty days from the date of service of the requests to file a motion to compel, if any. Defendants served their responses on May 1, 2007, and plaintiff timely filed the instant motion for an extension of time. Fed. R. Civ. P. 6(e); Caldwell v. Amend, 30 F.3d 1199, 1202 (9th Cir. 1994); Houston v. Lack, 487 U.S. 266, 270 (1988).

///

///

---

[1] The motion was served on June 1, 2007.

1

1  Plaintiff's motion for an extension of time is HEREBY GRANTED, and plaintiff's motion
2  to compel, if any, must be filed within **thirty (30) days** from the date of service of this order.

3

4  IT IS SO ORDERED.

5  **Dated:**   **July 9, 2007**                    /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE