# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. THOMPSON,<br><br>    Plaintiff,<br><br>  v.<br><br>C/O MORALES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:04-cv-06554-LJO-SMS PC<br><br>ORDER STRIKING DUPLICATIVE MOTION<br>(Doc. 71) |

Plaintiff James L. Thompson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 9, 2007, plaintiff filed a motion seeking an order commanding the preservation of evidence, and on August 13, 2007, plaintiff filed a motion to compel. (Docs. 67, 70, 72.) On August 14, 2007, the Clerk's Office docketed a second motion seeking an order commanding the preservation of evidence, also filed on August 9, 2007. (Doc. 71.) The two motions regarding the preservation of evidence are virtually identical, except for an additional few sentences and the inclusion of an exhibit, both in the first motion.

Given that the motions are virtually identical and the first filed motion is the more complete of the two, the second motion is HEREBY ORDERED STRICKEN from the record as duplicative (doc. 71).

IT IS SO ORDERED.

**Dated:   August 15, 2007**         /s/ Sandra M. Snyder
                                                                  UNITED STATES MAGISTRATE JUDGE