# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. THOMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>C/O MORALES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:04-cv-06554-SMS PC<br><br>ORDER MOVING TTCH AND JURY TRIAL FROM JUDGE O'NEILL'S CALENDAR TO THE CALENDAR OF THE UNDERSIGNED, AND CONTINUING TIMES<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY OF ORDER TO LITIGATION OFFICE AT CSP-CORCORAN<br><br><u>Telephonic Trial Confirmation</u><br><u>Hearing</u>:    March 20, 2008, at 2:30 p.m. in Courtroom 7 (SMS)<br><br><u>Jury Trial</u>:    April 21, 2008, at 9:00 a.m. in Courtroom 7 (SMS) |

        This matter is currently set for telephonic trial confirmation hearing before the Honorable Lawrence J. O'Neill on March 20, 2008, at 8:45 a.m. in Courtroom 4, and for jury trial before the Honorable Lawrence J. O'Neill on April 21, 2008, at 8:30 a.m. in Courtroom 4. The action has been reassigned to the undersigned following consent by all parties. Accordingly, it is HEREBY ORDERED that:

    1.    The telephonic trial confirmation hearing and jury trial dates are VACATED from Judge O'Neill's calendar;

    2.    This matter is set for telephonic trial confirmation hearing before the undersigned on **March 20, 2008, at 2:30 p.m.** in Courtroom 7;

///

3. This matter is set for jury trial before the undersigned on **April 21, 2008, at 9:00 a.m.** in Courtroom 7;

4. Counsel for defendants is required to arrange for the participation of plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5690**; and

5. The Clerk's Office shall send a courtesy copy of this order to the Litigation Office at CSP-Corcoran.

IT IS SO ORDERED.

**Dated:   October 24, 2007**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

2