# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. THOMPSON, | CASE NO. 1:04-cv-06554-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR STAY |
| v. | (Doc. 88) |
| C/O MORALES, et al., | |
| Defendants. | |

Plaintiff James L. Thompson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for jury trial on April 21, 2008. On February 25, 2008, plaintiff filed a notice of appeal of the court's orders denying his motion for the appointment of counsel, for discovery sanctions, and for summary judgment, and a motion seeking to stay this action pending resolution of his appeal.

"When a Notice of Appeal is defective in that it refers to a non-appealable interlocutory order, it does not transfer jurisdiction to the appellate court, and so the ordinary rule that the district court cannot act until the mandate has issued on the appeal does not apply." Nascimento v. Dummer, 508 F.3d 905, 908 (9th Cir. 2007). In this instance, plaintiff's motion for the appointment of counsel is not immediately appealable, Wilborn v. Escalderon, 789 F.2d 1328, 1330 (9th Cir. 1986), and neither are the court's discovery orders, see U.S. v. Fei Ye, 436 F.3d 1117, 1122 (9th Cir. 2006) (discovery orders generally interlocutory and nonappealable), and order denying plaintiff's motion for summary judgment as untimely & procedurally deficient, see Winterrowd v. Nelson, 480 F.3d

///

1181, 1183 (9th Cir. 2007) (only denial of summary judgment on qualified immunity immediately appealable).

Accordingly, plaintiff's motion for a stay of this action pending resolution of his appeal is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   February 28, 2008**                                /s/ Sandra M. Snyder
                                                                                  UNITED STATES MAGISTRATE JUDGE