# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. THOMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>C/O MORALES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:04-cv-06554-SMS PC<br><br>ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING FROM MARCH 20, 2008, AT 2:30 P.M. TO MARCH 25, 2008, AT 10:30 A.M.<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY OF ORDER TO LITIGATION OFFICE AT CSP-CORCORAN<br><br><u>Telephonic Trial Confirmation Hearing</u>: March 25, 2008, at 10:30 a.m. in Courtroom 7 (SMS) |

        This matter is currently set for telephonic trial confirmation hearing before the undersigned on March 20, 2008, at 2:30 p.m. in Courtroom 7. Due to an unexpected scheduling conflict, the hearing is continued to March 25, 2008, at 10:30 a.m.

        It is HEREBY ORDERED that:

1.     The telephonic trial confirmation hearing before the undersigned on March 20, 2008, at 2:30 p.m. is continued to March 25, 2008, at 10:30 a.m.;

2.     Counsel for defendants shall arrange for the participation of plaintiff in the telephonic trial confirmation hearing and shall initiate the telephonic hearing at **(559) 499-5690**; and

///

///

1

3. The Clerk's Office shall send a courtesy copy of this order to the Litigation Office at CSP-Corcoran.

IT IS SO ORDERED.

**Dated:   March 19, 2008**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE